554

VETERAN REALTY COMPANY, INCORPORATED, A CORPO-
RATION OF THE STATE OF NEW JERSEY, PLAINTIFF-
APPELLANT, v. CLARENCE MARKS, DEFENDANT-
RESPONDENT.

Submitted February 17, 1933—Decided April 28, 1933.

For the appellant, *Stephen P. Piga.*

For the respondent, *Samuel Tartalsky.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the opinion of the Supreme Court, *ubi supra.*

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CASE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 12.

*For reversal*—None.